## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,  )<br>)<br>) | |
| Plaintiff,  )<br>) | Civil No. 3:00cv1247 (PCD) |
| v.  )<br>) | |
| TRUSTMARK INSURANCE COMPANY,  )<br>) | |
| Defendant.  ) | APRIL 21, 2005 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Security Insurance Company of Hartford and Defendant Trustmark Insurance Company, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action be dismissed with prejudice and without costs to any party.

PLAINTIFF SECURITY INSURANCE
COMPANY OF HARTFORD

By: _____
Frank F. Coulom, Jr. (CT 05230)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel. (860) 275-8200
Fax. (860) 275-8299
Email: fcoulom@rc.com

DEFENDANT
TRUSTMARK INSURANCE COMPANY

By: _____
David R. Schaefer, Esq. (CT 04334)
Rowena A. Moffett, Esq. (CT 19811)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT  06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: rmoffett@bswlaw.com
          dschaefer@bswlaw.com

970737.doc

2

## CERTIFICATE OF SERVICE

I, Rowena A. Moffett, Esq., do certify that a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice was sent by facsimile and federal express on April 21st, 2005 addressed to:

26

Frank F. Coulom, Jr., Esq.
Marion Manzo
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Mark H. Holton, Esq.
Kate Nealon, Esq.
Gibson Dunn & Crutcher
200 Park Avenue, Floor 48
New York, NY 10166

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

Daniel J. Sagarin, Esq.
David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Brian J. O'Sullivan, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

_____
Rowena A. Moffett

970737.doc